UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTONIO HURST,

        Petitioner,               Case No. 1:20-cv-680

v.                                          Honorable Paul L Maloney

RANDEE REWERTS et al.,

        Respondents.

_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for class certification is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's request for preliminary injunctive relief is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   September 1, 2020                      /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                              United States District Judge