UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTONIO HURST,

        Petitioner,             Case No. 1:20-cv-680

v.                                       Honorable Paul L Maloney

RANDEE REWERTS et al.,

        Respondents.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:   September 1, 2020               /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                       United States District Judge